FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAR 22 AM 11: 41

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JOSEPH GREGORY MILLER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WILLIAM DANFORTH, )<br>)<br>Respondent. ) | Case No. CV410-249 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of March, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA